**Defendant: Todd Vancamp**

**IP:** 96.27.104.183
**ISP:** WideOpenWest
**Location:** St Clair Shores, MI

| Title | Hash | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|---|
| Carlie Beautiful Blowjob | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | 03/26/2010 | 11/21/2011 | 12/21/2011 04:18:57 |
| Carlie Leila Strawberries and Wine | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | 05/07/2010 | 11/18/2011 | 12/21/2011 04:18:57 |
| Kat Translucence | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | 11/20/2009 | 11/19/2011 | 12/21/2011 04:18:57 |
| Katka Cum Like Crazy | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | 07/07/2010 | 11/21/2011 | 12/21/2011 04:18:57 |
| Katka Sweet Surprise | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | 08/04/2010 | 11/18/2011 | 12/21/2011 04:18:57 |
| Kristen Girl Next Door | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | 08/25/2010 | 11/18/2011 | 12/21/2011 04:18:57 |
| Leila Sex on the Beach | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | 12/22/2010 | 11/21/2011 | 12/21/2011 04:18:57 |
| Megan Morning Bath | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | 02/12/2010 | 11/18/2011 | 12/21/2011 04:18:57 |
| Mina's Fantasy | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | 06/25/2010 | 11/23/2011 | 12/21/2011 04:18:57 |
| Tiffanny Teenagers in Love | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | 12/29/2010 | 11/20/2011 | 12/21/2011 04:18:57 |
| Tori The Endless Orgasm | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | 10/20/2010 | 11/18/2011 | 12/21/2011 04:18:57 |

**Total Statutory Copyright Infringements for Defendant Todd Vancamp:  11**

EXHIBIT A

NEMI9